JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, <u>et al.</u>, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>INNOVATIVE MARKETING ENTERPRISES, INC.,<br><br>    Defendant. | Case No. CV 20-0645 FMO (AGRx)<br><br>**ORDER DISMISSING ACTION** |

  The complaint in the above-captioned case contains individual and class allegations. Plaintiffs have filed a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, seeking to dismiss the individual claims and the class claims without prejudice. (<u>See</u> Dkt. 21, Notice of Voluntary Dismissal).

  Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** without prejudice.

Dated this 8th day of June, 2020.

                          /s/
                        Fernando M. Olguin
                      United States District Judge